UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CANESHA DAVIS,<br>          Plaintiff,<br><br>          v.<br><br>TSAROUHIS LAW GROUP, LLC,<br>          Defendant. | :<br>:<br>:<br>:<br>: No. 5:18-cv-05338<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 23rd day of April, 2019, upon consideration of this Court's Notice dated February 11, 2019, advising Plaintiff that "[i]f proof of service is not filed within thirty (30) days of the date of this Notice, the Court may dismiss this action pursuant to Federal Rule of Civil Procedure 4(m)" for failure to make timely service, *see* ECF No. 3; Plaintiff's Response dated March 8, 2019, which requested the Court allow 30 days for service of process to be completed, ECF No. 4; and of Plaintiff's failure to file proof of service or otherwise request an additional extension of time in which to make service, **IT IS ORDERED THAT**:

1.   The Complaint is **DISMISSED without prejudice** for Plaintiff's failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure;[1] and

2.   The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]   The Complaint was filed on December 11, 2018, but Plaintiff has failed to make timely service on the Defendant. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").